IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KERRY HICKS,**<br><br>                                             Petitioner,<br><br>        v.<br><br>**TOM CAREY, Warden,**<br><br>                                             Respondent. | No. 2:02-cv-1040 LKK JFM (HC)<br><br>**ORDER** |

Good cause appearing, Respondent's request for a an enlargement of time is hereby granted. Therefore, the Respondent's opposition to Petitioner's motion to vacate shall be filed no later than July 28, 2008.

DATED: June 10, 2008.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

/hick1040.ext

Order

1