IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KERRY HICKS,** | No. CIV-S-02-1040 LKK JFM P |
| Petitioner, | **ORDER** |
| v. | |
| **TOM CAREY, Warden,** | |
| Respondent. | |

Good cause appearing, Respondent's second request for an enlargement of time is hereby granted. Therefore, the Respondent's opposition to Petitioner's motion to vacate shall be filed no later than September 27, 2008. This deadline shall not be extended further.

DATED: July 29, 2008.

UNITED STATES MAGISTRATE JUDGE

Order

1